KIRSCH-GOODWIN & KIRSCH, PLLC
8900 E. PINNACLE PEAK ROAD, SUITE 250
SCOTTSDALE, ARIZONA 85255
(480) 585-0600
FAX (480) 585-0622
Lori Kirsch-Goodwin, #016233
lkg@kgklaw.com
Courtney A. Fligeltaub, #023210
courtney@kgklaw.com
*ATTORNEYS FOR PLAINTIFFS*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL AND CHRISTINA LASPINA, on behalf of their minor child, A.L., <br><br> Plaintiffs, <br> vs. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, an Indiana For-Profit Corporation; ANTHEM UM SERVICES, INC., an Indiana For-Profit Corporation; JOHN AND JANE DOES I-X; BLACK PARTNERSHIPS I-X; WHITE CORPORATIONS I-X; GREEN LIMITED LIABILITY COMPANIES I-X, <br><br> Defendants. | NO. 2:12-cv-00707-FJM <br><br> **STIPULATION FOR DISMISSAL** <br><br> **(Assigned to the Honorable Frederick J. Martone)** |

The Parties herein hereby agree and stipulate to the dismissal of the above captioned matter with prejudice. An order is attached herewith.

DATED this 31st day of October 2012.

130404016v1  0935205

|   |   |
|---|---|
| 1 | KIRSCH-GOODWIN & KIRSCH, PLLC |
| 2 | By /s/ ***Lori B. Kirsch-Goodwin*** |
| 3 | Lori Kirsch-Goodwin<br>8900 E. Pinnacle Peak Road, Suite 250<br>Scottsdale, Arizona 85255 |
| 4 | *Attorneys for Plaintiffs* |

HINSHAW & CULBERTSON LLP

/s/ ***Lori B. Kirsch-Goodwin for***
Daniel K. Ryan (Pro Hac Vice)
Darrell S. Dudzik
Michael R. Ayers
Attorneys for Defendants Anthem Blue Cross Life and Health Insurance Company and Anthem UM Services, Inc.

I hereby certify that on October 31, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

Daniel K. Ryan
Darrell S. Dudzik
Michael R. Ayers
Law Offices of
HINSHAW & CULBERTSON LLP
3200 N. Central Avenue
Suite 800
Phoenix, AZ 85012
Attorneys for Defendants

dryan@hinshawlaw.com
ddudzik@hinshawlaw.com
mayers@hinshawlaw.com

/s/ Jeff Goodwin

2