# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael LaSpina et al, | No. CV 12-00707-PHX-FJM |
| Plaintiffs, | ORDER |
| vs. | |
| Anthem Blue Cross Life and Health Insurance Company et al. | |
| Defendants. | |

Based upon the Parties' Stipulation to Dismiss the above captioned matter, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the above caption matter with prejudice.

Dated this 2nd day of November, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge